Order issued September 25, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00583-CV

SUNSHINE JESPERSEN, Appellant

V.

SWEETWATER RANCH APARTMENTS
AND CNC INVESTMENTS, LTD, LLP, Appellees

## ORDER

Before the Court is appellees' unopposed motion to participate in oral argument. We

**GRANT** the motion. Counsel of appellees will be permitted to argue at submission of this case.

_____
JIM MOSELEY
PRESIDING JUSTICE